RICHARD HAMLIN *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Hamlin's petition for certification for appeal from the Appellate Court, 113 Conn. App. 586 (AC 29455), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided May 6, 2009